# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

IN RE:  CASE NO.: 18-40015-KKS
CHAPTER 13

DANIEL C. WRIGHT
ANGELA WRIGHT

   Debtor(s)            /

## AGREED ORDER DENYING CHAPTER 13 TRUSTEE'S AMENDED MOTION TO DISMISS WITH CONDITIONS
**(Doc. 101)**

**THIS CASE** came before the Court on the Chapter 13 Trustee's *Amended Motion to Dismiss* (Doc. 101; the "Motion"), and the Court being fully advised;

**IT IS ORDERED** that:

1. The Trustee's Motion to Dismiss is DENIED, provided the Debtor(s) complies with the condition(s) in this Order.

2. The Debtor(s)' Plan shall cure the accrued delinquency though July 2020, in the amount of $500.90 by increasing the monthly Plan payment by $17.28 commencing September 15, 2020, for a total Plan payment of $525.97 for a period of 28 months, and by increasing the final Plan payment by $17.06 for a total Plan payment of $525.92. This payment shall not relieve the Debtor(s) of the obligation to make each and every payment due under the Plan.

3. If the Debtor(s) fails to comply with the aforementioned condition(s), the Trustee shall submit a Notice of Failure to Comply with Order Denying Chapter 13 Trustee's Motion to Dismiss With Conditions, and the Court shall enter an Order Dismissing Case without further notice or hearing.

**DONE AND ORDERED** on ___August 25, 2020_____.

_____
KAREN K. SPECIE
CHIEF U.S. BANKRUPTCY JUDGE

LEIGH D. HART, Chapter 13 Trustee, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of the Order.

THIS ORDER PREPARED BY:
LEIGH D. HART, ESQ.
CHAPTER 13 TRUSTEE
P. O. BOX 646
TALLAHASSEE, FL 32302