UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                          CASE NO. 18-40015-KKS
                                                CHAPTER 13
DANIEL C. WRIGHT
ANGELA WRIGHT

          Debtors                    /

**CHAPTER 13 TRUSTEE'S NOTICE OF FILING
INTENTION TO CLOSE CASE WITH PROPOSED
PRELIMINARY FINAL REPORT AND ACCOUNT**

**COMES NOW,** LEIGH DUNCAN GLIDEWELL, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Intention to Close Case with Proposed Preliminary Final Report and Account, and states:

1. The Debtors filed the Petition for Chapter 13 bankruptcy relief on Tuesday, January 16, 2018.

2. Although the Debtors may not have completed all Plan payments due under the confirmed Plan base, there are funds sufficient to pay the claims in the confirmed Plan and the filed Proofs of Claim. If there are currently funds on hand, there may be a final disbursement which increases the sums by a nominal amount.

3. A copy of the Trustee's Preliminary Final Report summarizing the Trustee's receipts and disbursements is attached hereto.

**NOTICE IS HEREBY GIVEN** that any objection to the proposed Preliminary Final Report or closing of this case be filed with the Clerk of the United States Bankruptcy Court, 110 East Park Avenue, Suite 100, Tallahassee, Florida 32301 within twenty-one (21) days of the date of the mailing of this Notice, and a copy of the same shall be served on the Trustee. The objection shall state the reason for the objection. If no objection is filed, the Trustee will file the Preliminary Final Report and subsequently the Final Report and request the Court to enter an Order closing the case and discharging the Debtors.

**RESPECTFULLY SUBMITTED.**

/s/ Leigh Duncan Glidewell
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the Court's current CM/ECF notice of electronic filing or first class mail to the creditors listed on the attached mailing matrix on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/ Leigh Duncan Glidewell
OFFICE OF THE CHAPTER 13 TRUSTEE

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                       NORTHERN DISTRICT OF FLORIDA
                            TALLAHASSEE DIVISION
IN RE:                                                   CASE No.
                                                         18-40015-KKS
         DANIEL C. WRIGHT
         ANGELA WRIGHT
         2875 W. PAGE RD.
         PERRY, FL 32347

                      PRELIMINARY FINAL REPORT AND ACCOUNT
                                                    SS#1 - XXX-XX-4480

                                                    SS#2 - XXX-XX-0690
```

| This Case was commenced on 01/16/2018 | This Plan was confirmed on 11/06/2018 | This Case is projected to conclude on 02/15/2023 |
|---|---|---|

ABOUT TO COMPLETE

   Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.  Copies of these detailed records are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by and for the Debtor for the benefit of
   creditors, and including a debtor refund.                            $29,229.88

| DISBURSEMENTS TO CREDITORS CREDITOR NAME | | CLAIM AMOUNT | PAID BY TRUSTEE | PAID DIRECT | PLAN BALANCE |
|---|---|---|---|---|---|
| DANIEL C. WRIGHT | | 0.00 | 0.00 | 0.00 | 0.00 |
| DMH EMERGENCY PHYS GROUP, | U | 37.43 | 36.10 | 0.00 | 1.33 |
| ECMC | U | 3,315.31 | 3,197.68 | 0.00 | 117.63 |
| FLORIDA STATE UNIV CU | O | 0.00 | 0.00 | 0.00 | 0.00 |
| FLORIDA STATE UNIVERSITY ( | O | 0.00 | 0.00 | 0.00 | 0.00 |
| LEIGHANNE BOONE | A | 250.00 | 250.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMEN' | U | 11,399.51 | 10,995.04 | 0.00 | 404.47 |
| SELECT PORTFOLIO SERVICIN( | M | 9,154.57 | 9,154.57 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICIN( | O | 0.00 | 0.00 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICIN( | S | 350.05 | 350.05 | 0.00 | 0.00 |
| UNSECURED CREDITOR | O | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | DEB. REF | TOTAL |
|---|---|---|---|---|---|
| AMT. ALLOWED | 9,504.62 | 250.00 | 14,752.25 | 0.00 | 24,506.87 |
| PRIN. PAID | 9,504.62 | 250.00 | 14,228.82 | 0.00 | 23,983.44 |
| DIRECT PAY | 0.00 | 0.00 | 0.00 | | |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:

| | FEE ALLOWED | FEE PAID |
|---|---|---|
| DEBTOR'S ATTORNEY | | |
| LEIGHANNE BOONE | 0.00 | 0.00 |
| LEIGHANNE BOONE (Prior) | 1,800.00 | 1,800.00 |

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING EXPENSE | NOTICING EXPENSE | TRUSTEE EXPENSE | TOTAL |
|---|---|---|---|
| 0.00 | 0.00 | 2,923.01 | 2,923.01 |

The Debtor(s) has made all payments as required under the Plan.

Dated:  On the same date as reflected on the        /s/ Leigh Duncan Glidewell
        Court's Docket as the electronic filing          OFFICE OF THE CHAPTER 13 TRUSTEE
        date for this document.
CR_183

```
Label Matrix for local noticing            Florida Dept. of Labor/Employment Security   Florida Dept. of Revenue
1129-4                                     c/o Florida Dept. of Revenue                 Bankruptcy Unit
Case 18-40015-KKS                          P.O. Box 6668                                P.O. Box 6668
Northern District of Florida               Tallahassee, FL 32314-6668                   Tallahassee, FL 32314-6668
Tallahassee
Sun Sep 25 16:02:49 EDT 2022

Florida State University Credit Union      PRA  Receivables Management LLC              Towd Point Master Funding Trust 2017-PM18 by
c/o J. Blair Boyd                          PO Box 41067                                 Padgett Law Group
Post Office Box 3637                       Norfolk, VA 23541-1067                       c/o Seth Greenhill
Tallahassee, FL 32315-3637                                                              6267 Old Water Oak Rd., Ste 203
                                                                                        Tallahassee, FL 32312-3858

Towd Point Master Funding Trust REO, by U.S.   (p)UNITED STATES ATTORNEY'S OFFICE       U.S. Bank Trust National Association, as Tru
C/O Heller & Zion, LLC                     111 NORTH ADAMS STREET                       C/O Heller & Zion, LLP
1428 Brickell Avenue, Suite 600            4TH FLOOR                                    1428 Brickell Avenue, Suite 600
Miami, FL 33131-3435                       TALLAHASSEE FL 32301-7730                    Miami, FL 33131-3435


U.S. Securities & Exchange Commission      Angela Wright                                Daniel C. Wright
Atlanta Reg Office and Reorg               2875 W Page Rd                               2875 W Page Rd
950 E Paces Ferry Rd NE Ste 900            Perry, FL 32347-7252                         Perry, FL 32347-7252
Atlanta, GA 30326-1382


AMCA/American Medical Collection Agency    ARS/Account Resolution Specialist            C/O Heller & Zion, LLP
Attention: Bankruptcy                      Po Box 459079                                1428 Brickell Avenue, Suite 600
4 Westchester Plaza, Suite 110             Sunrise, FL 33345-9079                       Miami, FL 33131-3435
Elmsford, NY 10523-1615


Choice Recovery Inc                        Citifinancia                                 DMH EMERGENCY PHYS GROUP LLC
1550 Old Henderson Rd Ste 100              Attn: Bankruptcy                             C/O NATIONWIDE RECOVERY SERVICE
Columbus, OH 43220-3662                    605 Munn Dr                                  P.O. BOX 8005
                                           Fort Mill, SC 29715-8421                     CLEVELAND, TN 37320-8005


Dept Of Ed/Navient                         Ditech                                       Ditech Financial LLC
Po Box 9635                                Attn: Bankruptcy                             c/o Padgett Law Group
Wilkes Barre, PA 18773-9635                Po Box 6172                                  6267 Old Water Oak Rd., Ste 203
                                           Rapid City, SD 57709                         Tallahassee, FL 32312-3858


ECMC                                       Florida State Univ Cu                        Florida State University Credit Union
PO Box 16408                               2806 Sharer Rd                               c/o J. Blair Boyd, Esq.
St. Paul, MN 55116-0408                    Tallahassee, FL 32312-2100                   PO Box 3637
                                                                                        Tallahassee, FL  32315-3637


M J Altman Companies I                     MAF Collection Srvs                          (p)NATIONWIDE RECOVERY SERVICE
Po Box 3070                                Po Box 2842                                  ATTENTION PAULA TILLEY
Ocala, FL 34478-3070                       Tampa, FL 33601-2842                         PO BOX 8005
                                                                                        CLEVELAND TN 37320-8005


Navient                                    OneMain Financial                            OneMain Financial
Attn: Bankruptcy                           Attn: Bankruptcy Department                  PO BOX 3251
Po Box 9500                                601 Nw 2nd St #300                           EVANSVILLE, IN 47731-3251
Wilkes-Barre, PA 18773-9500                Evansville, IN 47708-1013
```

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Towd Point Master Funding Trust 2017-PM18<br>c/o Ditech Financial LLC<br>PO Box 6154<br>Rapid City, SD 57709-6154 |
| U.S. Bank Trust National Association<br>c/o Select Portfolio Servicing, Inc.<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | US Bank, NA<br>c/o Fran E. Zion, Esq.<br>1428 Brickell Ave., Ste. 600<br>Miami, FL 33131-3435 | Us Dept Ed<br>Ecmc/Bankruptcy<br>Po Box 16408<br>St Paul, MN 55116-0408 |
| United States Trustee +<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | Leigh Duncan Glidewell +<br>Leigh D. Glidewell<br>Post Office Box 646<br>Tallahassee, FL 32302-0646 | Merrick B. Garland +<br>Office of the Attorney General<br>Main Justice Bldg., Rm. 511<br>Tenth & Constitution<br>Washington, DC 20530-0001 |
| Secretary of the Treasury +<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | Internal Revenue Service +<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Fran E. Zion +<br>Heller, Zion & Sanchez, LLP<br>1428 Brickell Avenue Suite 600<br>Miami, FL 33131-3435 |
| Seth Greenhill +<br>Padgett Law Group<br>c/o Seth Greenhill<br>6267 Old Water Oak Road<br>Tallahassee<br>Tallahassee, FL 32312-3844 | Seth Greenhill +<br>Padgett Law Group<br>c/o Seth Greenhill<br>6267 Old Water Oak Road, Ste. 203<br>Tallahassee, FL 32312-3858 | Leighanne Boone +<br>207 West Park Ave.<br>Suite A<br>Tallahassee, FL 32301-7715 |
| John Blair Boyd +<br>Sorenson Van Leuven Law Firm<br>Post Office 3637<br>Tallahassee, FL 32315 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301 | Natiowide Recovery Service<br>Attn: Bankruptcy<br>Po Box 8005<br>Cleveland, TN 37320 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. Bank Trust National Association, not | (d)Leigh Duncan Glidewell +<br>Leigh D. Glidewell<br>Post Office Box 646<br>Tallahassee, FL 32302-0646 | End of Label Matrix<br>Mailable recipients    45<br>Bypassed recipients     2<br>Total                  47 |

# Mailing Information for Case 18-40015-KKS

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Leighanne Boone**    LBoone@TheBooneLawFirm.com
- **John Blair Boyd**    bk@svllaw.com, blairb@svllaw.com
- **Leigh Duncan Glidewell**    ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net
- **Seth Greenhill**    SGreenhill@padgettlaw.net, desiree.wyatt@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com;BKecf@padgettlawgroup.com;NSbkecf@padgettlaw.net;PLG@ecf.courtdrive.com;bkecf(
- **United States Trustee**    USTPRegion21.TL.ECF@usdoj.gov
- **Fran E. Zion**    fzion@hellerzion.com, ecf@hellerzion.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

PRA Receivables Management LLC
PO Box 41067
Norfolk, VA 23541

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.